**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZIK BLKHOYAN<br><br>    Plaintiff,<br><br>    v.<br><br>RALPH LAUREN CORPORATION, et al.,<br><br>    Defendants. | Case No. 2:20-cv-01940-FMO-KS<br><br>Hon. Judge Fernando M. Olguin<br><br>**ORDER RE JOINT STIPULATION [10] FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:    01/23/2020<br>Trial Date:       None Set |

Pursuant to the parties' "Joint Stipulation for Dismissal with Prejudice," and good cause appearing therefore, **IT IS HEREBY ORDERED** that the above-captioned action is hereby dismissed in its entirety with prejudice. Each party shall bear his or its own costs and attorney's fees.

**IT IS SO ORDERED**

Dated: May 12, 2020         _____/s/_____
                            Honorable Fernando M. Olguin
                            United States District Judge